UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CBGB Holdings, LLC | Case No. 10-13130 (SMB) |
| Debtor. | |
| CBGB Holdings, LLC, | District Court |
| Appellant, | Case No. 10-cv-08839 (BSJ) |
| v. | |
| The Estate of Hillel Kristal, | |
| Appellee. | |

**STIPULATION AND ORDER DISMISSING APPEAL WITH PREJUDICE**

**WHEREAS**, on June 11, 2010 (the "Petition Date"), CBGB Holdings, LLC ("CBGB" or the "Debtor") filed a voluntary petition for reorganization under Chapter 11 of Title 11, United States Code ("Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court") commencing the above-captioned bankruptcy case (the "Bankruptcy Case"); and

**WHEREAS**, the Bankruptcy Court entered a memorandum of law and order, dated October 13, 2010 (the "Order"), determining and resolving certain issue in favor of Appellee [Bankruptcy Case Docket No. 45]; and

**WHEREAS**, on October 22, 2010, the Debtor took an appeal from the Order by filing a notice of appeal (the "Appeal") [Bankruptcy Case Docket No. 48]; and

1

**WHEREAS**, on or about November 23, 2010, the Appeal, fashioned as *CBGB Holdings, LLC v. The Estate of Hillel Kristal*, Case No. 10-cv-08839 (BSJ), was docketed before the United States District Court for the Southern District of New York (the "Court"); and

WHEREAS, on December 1, 2010, the Bankruptcy Court entered an order dismissing the Bankruptcy Case and directing certain other post-dismissal related action [Bankruptcy Case Docket No. 59] (the "Dismissal Order"); and

**WHEREAS**, by and through the Dismissal Order, the Parties agree that dismissal of the Bankruptcy Case renders this issues set forth in this Appeal moot; and

**WHEREAS**, no action has been taken with respect to the Appeal since it was docketed in this Court on November 23, 2010;

**[Continued on the next page]**

**NOW, THEREFORE**, in consideration of the above premises, each of which are incorporated herein by reference, the Debtor and Kristal hereby stipulate and agree as follows:

1. The Appeal is hereby dismissed as moot, with prejudice.

Dated:  New York, New York
July 21, 2011

| | |
|---|---|
| MCBREEN & KOPKO | KLESTADT & WINTERS, LLP |
| By: _s/ Kenneth A. Reynolds_ | By: _s/ Fred Stevens_ |
| Kenneth A. Reynolds | Fred Stevens |
| 500 North Broadway | 570 Seventh Avenue, 17th Floor |
| Suite 129 | New York, New York 10018 |
| Jericho, NY 11753 | Tel: (212) 972-3000 |
| Tel: (516) 364-1095 | Fax: (212) 972-2245 |
| Fax: (516) 364-0612 | Email: fstevens@klestadt.com |
| *Counsel to Appellant,* | *Counsel to Appellee,* |
| *CBGB Holdings, LLC* | *The Estate of Hillel Kristal* |

SO ORDERED, this ____ day of _____, 2011:

_____
HONORABLE BARBARA S. JONES
UNITED STATES DISTRICT JUDGE